# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0685

VERSUS

DONOVAN THOMPSON

**OCTOBER 18, 2024**

---

In Re:  Donovan Thompson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-99-0711.

---

**BEFORE:  GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

> **JMG**
> **AHP**
> **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT